IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RASHAWN McGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:20-CV-169-WHA |
| ) | |
| DEPUTY DOWNS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 13, 2020, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file an amended complaint as ordered by this court.

A separate Final Judgment will be entered.

DONE this 17th day of June, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE